Wardell Rodney JONES, Plaintiff—
Appellant,

v.

CAPITAL ONE FINANCIAL CORPO-
RATION, Defendant—Appellee.

No. 04–2473.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 10, 2005.

Decided: March 14, 2005.

Wardell Rodney Jones, Appellant pro se.

Robert Francis Holland, McGuirewoods, LLP, Richmond, Virginia, for Appellee.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wardell Rodney Jones appeals the district court's order dismissing his civil action against Capital One Financial Corporation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Capital One Fin. Corp.,* No. CA–04–512 (E.D.Va. Nov. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*